STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1208

MICHAEL S. MILLER

VERSUS

JENNIFER L. MILLER

**********

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. C-2004-0211B
HONORABLE HERMAN I. STEWART, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and Elizabeth A. Pickett,
Judges.

Pickett, J., dissents and assigns reasons.

WRIT DENIED.

David L. Wallace
Attorney at Law
P. O. Box 489
DeRidder, LA 70634
(337) 462-0473
Counsel for Defendant/Appellant:
        Jennifer L. Miller

C. Kerry Anderson
Attorney at Law
P. O. Box 1025
DeRidder, LA 70634
(337) 463-2100
Counsel for Appellee:
        A. M.

**E. David Deshotels, Jr.**
**Deshotels, Mouser & Deshotels**
**P. O. Box 399**
**Oberlin, LA 70655**
**(337) 639-4309**
**Counsel for Plaintiff/Appellee:**
    **Michael S. Miller**

**DECUIR, Judge.**

For the reasons assigned in the consolidated writ application of *Michael S. Miller v. Jennifer L. Miller*, 04-1355 (La.App. 3 Cir. ___/___/____), ___ So.2d ___, the writ application is denied. All costs of these proceedings are assessed to Jennifer Driskill Miller.

**WRIT DENIED.**

NUMBER 04-1355

COURT OF APPEAL, THIRD CIRCUIT

STATE OF LOUISIANA

MICHAEL S. MILLER

VERSUS

JENNIFER L. MILLER

**Pickett, Judge, dissenting.**

For the reasons I expressed in my dissent in *Miller v. Miller*, 04-1355 (La.App.

3 Cir. 2/2/04), I respectfully dissent from the majority opinion.